IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRISPINA MEILY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:20-cv-00961-SDJ |
| SHARING SERVICES GLOBAL CORPORATION, f/k/a SHARING SERVICES, INC., | § § § § § | |
| Defendant. | § § | |

### JOINT MOTION TO DISMISS CLAIMS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Crispina Meily and Defendant Sharing Services Global Corporation f/k/a Sharing Services, Inc. jointly file this Motion to Dismiss Claims with Prejudice, as follows:

1. The parties have compromised and settled all of Plaintiff's claims against Defendant and have entered into a Compromise Settlement and Mutual Release Agreement.

2. The parties jointly request the Court to dismiss with prejudice all claims in the above-referenced matter with the parties to bear their own costs, including attorneys' fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Crispina Meily and Defendant Sharing Services Global Corporation f/k/a Sharing Services, Inc. pray that the Court grant their Joint Motion to Dismiss Claims with Prejudice, and for such other and further relief to which the parties may be justly entitled.

Respectfully submitted,

/s/ R.S. Ghio
R.S. Ghio
State Bar No. 00787531
E-mail: rghio@dw-law.com

DISMUKE & WATERS, PC
2000 East Lamar Blvd., Suite 500
Arlington, Texas 76006
Telephone: (817) 277-2077

ATTORNEYS FOR PLAINTIFF


/s/ Matthew K. Davis
Matthew K. Davis
State Bar No. 05526000
E-mail: mdavis@jonesdavis.com
Scott R. Meyer
State Bar No. 24051046
E-mail: smeyer@jonesdavis.com

JONES, DAVIS & JACKSON, PC
15110 Dallas Parkway, Suite 300
Dallas, Texas 75248
Telephone:    (972) 733-3117
Fax:              (972) 733-3119

ATTORNEYS FOR DEFENDANT


### CERTIFICATE OF SERVICE

I do hereby certify that on the 1st day of July, 2021, a copy of the above and foregoing document has been served electronically to all parties entitled to receive electronic notice in this matter through the Court's ECF system.


/s/ Matthew K. Davis

E:\GV\N\Sharing_Services\Meily\joint_motion_dismiss.docx

**JOINT MOTION TO DISMISS CLAIMS WITH PREJUDICE - Page 2**